# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VERONICA KELLY,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (COMMONWEALTH OF
PENNSYLVANIA),

        Respondent

: No. 722 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.